PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**FILED**
Jun 14, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENARO DALE FRAGUA CHAVEZ,<br>Defendants. | CASE NO. 1:23-MJ-00066-SAB<br><br>MOTION AND ORDER TO UNSEAL COMPLAINT |

The Complaint in this case, having been sealed by Order of the Court on June 13, 2023, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Complaint in this case be unsealed and made public record.

Dated: June 14, 2023

PHILLIP A. TALBERT
United States Attorney

By: */s/ Stephanie M. Stokman*
STEPHANIE M. STOKMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GENARO DALE FRAGUA CHAVEZ,<br><br>                    Defendants. | CASE NO.  1:23-MJ-00066-SAB<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on June 13, 2023 be unsealed and become public record.

DATED:  6/14/23

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE